## THOS. C. ARNOLD ET AL. V. REBECCA F. ATTAWAY.

### No. 1046.—Decided May 11, 1896.

**Practice on Application for Writ of Error.**

When from the record it appears that the correct judgment has been rendered this court will refuse the writ of error, although it should not concur with the reasons given by the Court of Civil Appeals, in the opinion, for the decision.

APPLICATION for Writ of Error to Court of Civil Appeals for Second District, in an appeal from Briscoe County.

Not having the transcript of the case, nor the opinion of the Court of Civil Appeals, the Reporter cannot give the facts nor the grounds of the action of the Court of Civil Appeals.

*John N. Stebbins,* for application.

GAINES, CHIEF JUSTICE.—We refuse the application in this case, but our conclusion is based upon different grounds from those announced in the opinion of the Court of Civil Appeals. Whether the propositions upon which the judgment of that court is founded, are sustainable, we are not prepared to say, without further consideration. We have not time to devote to the solution of questions which we deem not necessary to the decision of the case.

*Writ of error refused.*